# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DUANE ANTONIO MARTELL, <br><br> Defendant. | CR-13-54-GF-BMM <br><br> **ORDER** |

Duane Martell filed a motion for early termination of supervision. (Doc. 62). The Court conducted a hearing on the motion on October 23, 2019. For the reasons below, the Court grants Martell's motion.

Martell pleaded guilty to two counts of assault with a dangerous weapon and assault resulting in serious bodily injury. (Doc. 37). The Court sentenced Martell to 60 months imprisonment on each count to run concurrently followed by a three-year term of supervised release. (Doc. 47). Martell began his term of supervised release on February 2, 2018. United States Probation reports that "Mr. Martell is doing well on supervision." (Doc. 63 at 2).

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

Martell has done well on supervision and has demonstrated his ability to conform his conduct to the law. Martell poses no threat to the community. The factors in 18 U.S.C. § 3553(a) support an early termination of Martell's supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 62) is **GRANTED**.

2. Defendant is **DISCHARGED** from supervised release.

DATED this 23rd day of October, 2019.

_____
Brian Morris
United States District Court Judge